[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-13665
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 23, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:96-cr-00565-DMM-9

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOEL SOCORRO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 23, 2011)

Before TJOFLAT, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Joel Socorro appeals his conviction on a plea of guilty for carrying a firearm

during a crime of violence, in violation of 18 U.S.C. § 924(c)(1).[1]  Socorro claims

that his conviction is invalid because he was denied his constitutional right to a

speedy trial: he was not arraigned until thirteen years following the return of his

indictment.  Socorro did not move the district court to dismiss his indictment on

that speedy trial ground; moreover, his plea of guilty operated as a waiver of all

nonjurisdictional defects in the criminal proceeding, including a violation of the

right to a speedy trial.  *United States v. Yunis*, 723 F.2d 795, 796 (11th Cir. 1984).

Socorro's conviction is, accordingly, **AFFIRMED**.

---

[1]  The crime of violence was an attempt to rob a shipment of property in the possession of the United Parcel Service on June 11, 1996, in violation of 18 U.S.C. § 1951(a).